284

HARRIS, D. and D.

v.

HIBBLE AND ASSOCIATES, LLC

1040 MDA 2016

Superior Court of Pennsylvania.

03/03/2017

2016–CV–132
(Lackawanna)

Quashed

COM.

v.

VAZQUEZ, J.

1069 MDA 2016

Superior Court of Pennsylvania.

03/03/2017

CP–58–CR–0000323–2010 (Susquehanna)

Affirmed

IN RE: L.L., a Minor
1726 MDA 2016

Superior Court of Pennsylvania.

03/03/2017

RT–9–16(A) (Adams)
Affirmed

COM.

v.

WILLIAMSON, R.
1081 WDA 2016

Superior Court of Pennsylvania.

03/03/2017

9232–2007
CP–25–CR–0000155–2016
(Erie)
Affirmed

IN RE: F.B.–G., a minor,

Appeal of: S.R.G.
1325 WDA 2016

Superior Court of Pennsylvania.

03/03/2017

CP–02–AP–000016–2016
(Allegheny)
Affirmed

